THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM E. LUYSTER, Appellant, *v.* JAMES H. COCKS et al., Composing the Town Board of the Town of Oyster Bay, Respondents.

*People ex rel. Luyster* v. *Cocks*, 172 App. Div. 737, appeal dismissed.

(Argued November 20, 1916; decided December 5, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which confirmed, on certiorari, a determination of the board of audit of the town of Oyster Bay. Between January 3, 1916, and January 14, 1916, appellant, as a justice of the peace of the town of Oyster Bay, rendered certain services in criminal matters. He presented his bill for such services to the town board for audit and the town board disallowed the bill in its entirety on the ground that "a resolution fixing a salary for such services pursuant to section 107A of the Town Law was adopted and is in full force." The question presented by this appeal is, "Is chapter 11 of the Laws of 1915 which added section 107A to the Town Law constitutional?"

*Charles T. McCarthy* for appellant.

*Percy L. Housel* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.